AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| David Feyder Reuveni, on behalf of himself and others similarly situated<br>*Plaintiff(s)*<br>v.<br>Unapologetic Foods, LLC, et al<br>*Defendant(s)* | ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Unapologetic Foods, LLC, Essex Hospitality, LLC (d/b/a Dhamaka Restaurant), Masalawalaps LLC, (d/b/a Masalawala Restaurant), Thomson Hospitality, LLC (d/b/a Adda Indian Canteen), Tapestry Management, LLC (d/b/a Semma Southern Indian), Debabrata Roni Mazumdar and Chintan Pandya

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Maimon Kirschenbaum
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/2022

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**<u>Defendant's Addresses</u>**

1. **Unapologetic Foods, LLC**

   1512 Benson Street, 3rd Floor

   Bronx, NY 10461

2. **Tapestry Management, LLC (d/b/a Semma Southern Indian)**

   60 Greenwich Avenue,

   New York, NY 10011

3. **Masalawalaps, LLC (d/b/a Masalawala Restaurant)**

   365 5th Avenue

   Brooklyn, NY 11215

4. **Essex Hospitality, LLC (d/b/a Dhamaka Restaurant)**

   119 Delancy Street,

   New York, NY 10002

5. **Debabrata Roni Mazumdar**

   60 Greenwich Avenue,

   New York, NY 10011

6. **Chintan Pandya**

   60 Greenwich Avenue,

   New York, NY 10011

7. **Thomson Hospitality, LLC (d/b/a Adda Indian Canteen)**

   31-31 Thomson Avenue,

   Queens, NY 11101