JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

March 28, 2023

**VIA ECF**

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **Reuveni v. Unapologetic Foods, LLC**
                 **No. 22 CV 10930 (JMF)**

Dear Judge Furman:

      We represent the Plaintiff in the above-referenced action. I write on behalf of all parties to respectfully request that the settlement conference-related deadlines in the Court's December 30, 2022 Order be extended by one month and that the initial pretrial conference be rescheduled as well. All parties are available for the initial pretrial conference on May 23, 25, or 30. We seek these adjournments because Defendants' counsel have a trial beginning on April 3, 2023 that is expected to last up to a week and a half. This is the parties' first request for an extension of these deadlines. We thank the Court for its attention to this matter.

                                           Respectfully submitted,

                                           /s/Denise A. Schulman
                                           Denise A. Schulman

cc: All counsel (via ECF)

Application GRANTED. The deadlines for scheduling and holding a settlement conference, *see* ECF No. 5, are hereby extended by 30 days, and the initial pretrial conference currently scheduled for April 18, 2023, is hereby rescheduled to **May 16, 2023**, at **9:00 a.m.** and will be held via teleconference. The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*[signature]*

March 29, 2023

1