UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DAVID FEYDER REUVENI, *on behalf of himself and* :
*others similarly situated*, et al.,                              :
                                                                      :      22-CV-10930 (JMF)
                                      Plaintiffs,   :
                                                                         :      ORDER WITHDRAWING
                 -v-   :    REFERENCE TO
                                                                          :      MAGISTRATE JUDGE
UNAPOLOGETIC FOODS, LLC, et al.,                                  :
                                                                Defendants.   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 30, 2022, the Court referred this case to Magistrate Judge Cott for settlement.  *See* Docket No. 6.  In light of the parties' letter motion citing the futility of settlement at this juncture, *see* ECF No. 23, it is hereby ORDERED that the reference is WITHDRAWN and the requirement for an early settlement conference is vacated.

       The Clerk of Court is directed to terminate ECF No. 23.

       SO ORDERED.

Dated: May 4, 2023
       New York, New York
                                                              JESSE M. FURMAN
                                                  United States District Judge