# Exhibit C

**TEXT NOTICE**

If you were employed as a captain, server, runner, busser, or bartender by Adda Indian Canteen, Semma Southern Indian, Rahi, Dhamaka Restaurant, and/or Masalawala Restaurant on or after [3 years before filing of lawsuit], you may be eligible to join a lawsuit now pending before the U.S. District Court for the Southern District of New York over allegedly underpaid overtime wages and tips.  Defendants deny all of Plaintiff's claims.  For additional information about the case, including how to join, please visit: http://[website containing full Notice and Consent for review and/or download].  For any questions, please contact Plaintiff's attorneys at (212) 688-5640.