UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DAVID FEYDER REUVENI, *on behalf of himself and*                   :
*others similarly situated*, et al.,                               :
                                                                   :
                                    Plaintiffs,                    :         22-CV-10930 (JMF)
                                                                   :
                    -v-                                            :         ORDER
                                                                   :
UNAPOLOGETIC FOODS, LLC,                                           :
                                                                   :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 15, 2023, the parties stipulated to Plaintiff filing the Second Amended
Complaint, and further stipulated that counsel Grae & Grae LLC accepted service of the Second
Amended Complaint on behalf of Defendant The Masalawala LLC.  ECF No. 37.  To date,
however, Defendants have not answered, moved, or otherwise responded to the Second
Amended Complaint.  As a courtesy, the deadline is hereby extended, *nunc pro tunc*, to **August
25, 2023**.  In the absence of an Answer by that date, the Court will invite Plaintiffs to file a
motion for entry of default judgment.

      SO ORDERED.

Dated: August 21, 2023
     New York, New York                          _____
                                                        JESSE M. FURMAN
                                                        United States District Judge