UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
DAVID FEYDER REUVENI, *on behalf of himself and*   :
*others similarly situated*, et al.,        :
       :
              Plaintiffs,     :       22-CV-10930 (JMF)
       :
      -v-       :       ORDER
       :
UNAPOLOGETIC FOODS, LLC,       :
       :
              Defendants.    :
       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed on the record at today's conference:

- Defendants' letter-motion for a stay of discovery, ECF No. 67, is DENIED;

- Defendants shall remedy all outstanding discovery deficiencies by **Friday, November 17, 2023**. With respect to time records, Defendants shall disclose unredacted versions of any records previously disclosed, and any records disclosed going forward shall be disclosed in unredacted form. With respect to pay records, redacted disclosures are sufficient. Failure to cure any deficiencies by that date will result in sanctions;

- By **December 8, 2023**, parties shall file a joint letter advising the Court whether it would be fruitful to refer this case for settlement proceedings before a Magistrate Judge or participation in the Court-Annexed Mediation Program and, if so, when;

- The deadline for **all fact discovery** remains **January 18, 2024**;

- On or before **January 18, 2024**, Plaintiffs shall file any motion for class certification. Defendants shall file any opposition thereto by **February 20, 2024**, and Plaintiffs shall file any reply by **March 5, 2024**;

- By **February 20, 2024**, Defendants shall file any motion for summary judgment. Unless and until the Court orders otherwise, Plaintiffs shall file any opposition thereto by **March 19, 2024**, and Defendants shall file any reply by **April 2, 2024**. If Plaintiffs intend to move for summary judgment in part or in whole, they shall confer with Defendants and jointly propose a consolidated briefing schedule (with a single cross-motion and opposition filed by Plaintiffs etc.) to the Court by letter-motion;

- Defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, ECF No. 63, is DENIED without prejudice to renewal by way of a motion for summary judgment; and

- Finally, the pretrial conference previously scheduled for November 28, 2023, is hereby ADJOURNED to **January 23, 2024**, at **9:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 63.

SO ORDERED.

Dated: November 6, 2023
      New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge