**GRAE & GRAE, LLC**
Casey J. Rahn, Esq.
The Equitable Building
120 Broadway, 28th Floor
New York, New York 10271
Tel.: (212) 221-8763
E-mail: crahn@graelaw.com
*Attorneys for Defendants*
*Unapologetic Foods, LLC Essex Hospitality, LLC*
*d/b/a Dhamaka Restaurant, MasalawalaPS, LLC*
*d/b/a Masalawala Restaurant, Thomson Hospitality LLC*
*d/b/a Adda Indian Canteen, Tapestry Management, LLC*
*d/b/a Semma Southern Indian, The Masalawala LLC,*
*Debabrata Roni Mazumdar and Chintan Pandya*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID FEYDER REUVENI on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>- against -<br><br>UNAPOLOGETIC FOODS, LLC, ESSEX HOSPITALITY, LLC, d/b/a DHAMAKA RESTAURANT, MASALAWALPS, LLC, d/b/a MASALAWALA RESTAURANT, THOMSON HOSPITALITY LLC d/b/a ADDA INDIAN CANTEEN, TAPESTRY MANAGEMENT, LLC d/b/a SEMMA SOUTHERN INDIAN, THE MASALAWALA LLC, DEBABRATA RONI MAZUMDAR and CHINTAN PANDYA,<br><br>*Defendants*. | Civil Action No. 1:22-cv-10930 (JMF)<br><br>Hon. Jesse M. Furman<br>United Stated District Judge<br><br>**NOTICE OF MOTION TO**<br>**WITHDRAW AS COUNSEL** |

    **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), counsel for Defendants Unapologetic Foods, LLC, Essex Hospitality, LLC d/b/a Dhamaka

1

Restaurant, MasalawalaPS, LLC d/b/a Masalawala Restaurant, Thomson Hospitality LLC d/b/a Adda Indian Canteen, Tapestry Management, LLC d/b/a Semma Southern Indian, The Masalawala LLC, Debabrata Roni Mazumdar and Chintan Pandya (collectively, the "Defendants"), Grae & Grae, LLC, respectfully request that the Court order Charles D. Mueller, Esq.'s ("Attorney Mueller") withdrawal as counsel for Defendants and cease sending docketing notifications via the ECF system to Attorney Mueller in connection with the above-captioned matter.

A motion to withdraw under Rule 1.4 of the Local Rules turns on the reasons for counsel's withdrawal and the potential impact of that action on the timing of the proceeding. *See, e.g. Winkfield v. Kirschenbaum & Phillips, P.C.*, No. 12-CV-7423 (JMF), 2013 U.S. Dist. LEXIS 12093, at *2-3 (S.D.N.Y., Jan. 29, 2013). Attorney Mueller seeks to withdraw as counsel for Defendants because he has left the employment of the law offices of Grae & Grae, LLC, and no longer has responsibility for this matter. Because Attorney Mueller no longer represents the Defendants in defense of this action, as elaborated upon in his Declaration annexed hereto as **Exhibit A**, it is appropriate for Attorney Mueller to withdraw. Following Attorney Mueller's departure from Grae & Grae, LLC, any and all matters for which Attorney Mueller was responsible, as counsel, have been retained by the managing partners of Grae & Grae, LLC and/or reassigned to other attorneys within our offices. Furthermore, Defendants remain represented by the knowledgeable and competent counsel of Grae & Grae, LLC, such that Attorney Mueller's withdrawal will have no impact on the prosecution of this suit. *See Whiting v. Lacara*, 187 F.3d 317, 320-21 (2d Cir. 1999) (per curiam). For the Court's convenience, annexed hereto as **Exhibit B** is a true and correct copy of the proposed order terminating the appearance of Charles D. Mueller in this action.

Attorney Mueller will remain subject to the Court's jurisdiction for any reason related to this matter. Attorney Mueller is not retaining or charging a lien. The enclosed motion request is made on consent of counsel for Plaintiff David Feyder Reuveni.

The undersigned sincerely thanks the Court for its time and consideration of the enclosed motion request.

Respectfully submitted,

**GRAE & GRAE, LLC**

By: _____
Casey J. Rahn, Esq.
The Equitable Building
120 Broadway, 28th Floor
New York, New York 10271
Tel.: (212) 221-8763
E-mail: crahn@graelaw.com
*Attorneys for Defendants Unapologetic Foods, LLC, Essex Hospitality, LLC d/b/a Dhamaka Restaurant, MasalawalaPS, LLC d/b/a Masalawala Restaurant, Thomson Hospitality LLC d/b/a Adda Indian Canteen, Tapestry Management, LLC d/b/a Semma Southern Indian, The Masalawala LLC, Debabrata Roni Mazumdar and Chintan Pandya*