IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID FEYDER REUVENI, on behalf of himself and others similarly situated,

    Plaintiff,

v.

UNAPOLOGETIC FOODS, LLC, ESSEX HOSPITALITY, LLC, d/b/a DHAMAKA RESTAURANT, MASALAWALAPS, LLC, d/b/a MASALAWALA RESTAURANT, THOMSON HOSPITALITY LLC d/b/a ADDA INDIAN CANTEEN, TAPESTRY MANAGEMENT, LLC d/b/a SEMMA SOUTHERN INDIAN, THE MASALAWALA LLC, DEBABRATA RONI MAZUMDAR and CHINTAN PANDYA,

    Defendants.

Case No.: 1:22-cv-10930-JMF

**CONSENT TO CHANGE ATTORNEYS**

It is hereby **consented that the law firm of** Epstein Becker & Green, P.C., by and through its attorneys, Adriana S. Kosovych and Jeffrey H. Ruzal, be substituted as attorneys of record for Defendants in the above-captioned action in place and instead of the law firm of Grae & Grae LLC, and its attorneys **Previn A. Waran and Casey J. Rahn.**

Dated: January 2, 2024

_____
CHINTAN PANDYA