**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
**DAVID FEYDER REUVENI on behalf of himself and others similarly situated,**

        **Plaintiff,**

        v.

**UNAPOLOGETIC FOODS, LLC, ESSEX HOSPITALITY, LLC, d/b/a DHAMAKA RESTAURANT, MASALAWALAPS, LLC, d/b/a MASALAWALA RESTAURANT, THOMSON HOSPITALITY LLC d/b/a ADDA INDIAN CANTEEN, TAPESTRY MANAGEMENT, LLC d/b/a SEMMA SOUTHER INDIAN, THE MASALAWALA LLC, DEBABRATA RONI MAZUMDAR and CHINTAN PANDYA,**

        **Defendants.**
------------------------------------------------------x

**CASE NO. 22 CV 10930 (JMF)**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Jesse M. Furman at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on such day and time as counsel may be heard, for an order preliminarily approving the class action settlement agreement and notice to the class.

/
/
/
/
/
/

1

Dated: New York, New York
       February 5, 2024                /s/ Denise A. Schulman
                                       D. Maimon Kirschenbaum
                                       Denise A. Schulman
                                       Josef Nussbaum
                                       JOSEPH & KIRSCHENBAUM LLP
                                       32 Broadway, Suite 601
                                       New York, NY 10004
                                       (212) 688-5640
                                       (212) 981-9587 (fax)

                                       *Attorneys for Plaintiff, Opt-In Plaintiffs, and the proposed Class*