JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

April 26, 2024

> Application GRANTED.  The fairness hearing scheduled for May 21, 2024, is hereby AJOURNED to **June 26, 2024**, at **11:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 97.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
>
> May 1, 2024

VIA ECF

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Reuveni v. Unapologetic Foods, LLC
     No. 22 CV 10930 (JMF)

Dear Judge Furman:

We are class counsel in the above-referenced matter.  I write to respectfully request an extended bar date for 27 newly identified class members and an adjournment of the fairness hearing to the week of June 17, 2024.

In accordance with the Court's preliminary approval Order, the claims administrator mailed the notice of settlement to class members on March 18, 2024, with a bar date of May 17, 2024.  During the notice period, the parties identified 27 additional class members who were not on the original class list provided by Defendants.  Yesterday, the claims administrator advised us that it will not be able to mail notices to those 27 individuals until May 7, 2024.  As that mailing date is just 10 days before the current bar date, we respectfully request that the bar date for these individuals be extended to 30 days after their notices are mailed.  We further request that the fairness hearing now scheduled for May 21, 2024 be rescheduled for the week of June 17, 2024 so that it is held after the extended bar date.[1]  All parties consent to this request.  We thank the Court for its attention to this matter.

Respectfully submitted,

/s/Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)

---

[1] Class counsel are not available June 12-14.