UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DAVID FEYDER REUVENI on behalf of
himself and others similarly situated,

        CASE NO. 22 CV 10930 (JMF)

    Plaintiff,

    v.

UNAPOLOGETIC FOODS, LLC, ESSEX
HOSPITALITY, LLC, d/b/a DHAMAKA
RESTAURANT, MASALAWALAPS,
LLC, d/b/a MASALAWALA
RESTAURANT, THOMSON
HOSPITALITY LLC d/b/a ADDA
INDIAN CANTEEN, TAPESTRY
MANAGEMENT, LLC d/b/a SEMMA
SOUTHER INDIAN, THE
MASALAWALA LLC, DEBABRATA
RONI MAZUMDAR and CHINTAN
PANDYA,

    Defendants.
-------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Jesse M. Furman at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on June 26, 2024 at 11:00 am for an order granting final approval of the class action settlement agreement.

/
/
/
/
/
/
/
/

1

Dated: New York, New York
June 11, 2024

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 981-9587 (fax)

*Attorneys for Plaintiff, Opt-In Plaintiffs, and the Class*