UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FEYDER REUVENI on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNAPOLOGETIC FOODS, LLC, ESSEX HOSPITALITY, LLC, d/b/a DHAMAKA RESTAURANT, MASALAWALAPS, LLC, d/b/a MASALAWALA RESTAURANT, THOMSON HOSPITALITY LLC d/b/a ADDA INDIAN CANTEEN, TAPESTRY MANAGEMENT, LLC d/b/a SEMMA SOUTHER INDIAN, THE MASALAWALA LLC, DEBABRATA RONI MAZUMDAR and CHINTAN PANDYA,<br><br>Defendants. | CASE NO. 22 CV 10930 (JMF)<br><br>**DECLARATION OF JENNIFER MILLS FOR RUST CONSULTING, INC**. |

I, Jennifer Mills, declare as follows:

1. I am a Program Manager for Rust Consulting, Inc. ("Rust"). My business address is 920 2nd Ave S, Suite 400, Minneapolis, Minnesota 55402. My telephone number is (612) 359-2025. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2. Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 8,000 cases. Of these, over 3,750 were Labor & Employment cases.

3. Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the Reuveni v. Unapologetic Foods, LLC, et al. Settlement ("Settlement"). Duties included: a) preparing, printing and mailing of the Notice of Proposed Class Action Lawsuit Settlement and Fairness Hearing (known as the "Class Notice"); b) tracking of exclusions and objections; c) drafting and mailing Settlement Award checks; and d) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4. Rust obtained a mailing address of Reuveni v Unapologetic Foods Claims Administrator, c/o Rust Consulting, Inc. – 8571 P.O. Box 2396, Faribault, Minnesota 55021-9096 to receive exclusions, objections, undeliverable Class Notices and other communications regarding the Settlement.

5. Rust obtained a toll-free telephone number of (800) 698-3021 for Class Members to call with questions regarding the Settlement. The toll-free telephone number was included in the Class Notice.

6. Rust obtained an email address of info@ufsettlement.com for receiving communications about the Settlement. The email address was included in the Class Notice.

7. On or about February 8, 2024, Rust received text for the Class Notice from Counsel. A draft of the formatted Class Notice was prepared by Rust and approved by the Parties. Attached as Exhibit A is a copy of the final Class Notice.

8. On or about March 6, 2024, Counsel for the Defendants provided Rust with a mailing list containing Class Member's names, last known addresses, Social Security Numbers and applicable employment information ("Class List"). The Class List contained data for 243 potential Class Members.

9. The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In

DECLARATION OF JENNIFER MILLS FOR RUST CONSULTING, INC.

the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

10. On March 18, 2024, Class Notices were mailed to 243 Class Members contained in the Class List via First Class mail. The Class Notice advised Class Members that they could submit an exclusion or objection postmarked by May 17, 2024.

11. On or about May 1, 2024, Counsel for the Defendants provided Rust with a second mailing list containing Class Member's names, last known addresses, Social Security Numbers and applicable employment information for 27 newly-identified Class Members ("Supplemental Class List").

12. On May 13, 2024, Class Notices were mailed to the 27 newly-identified Class Members contained in the Supplemental Class List via First Class mail. The Class Notice advised newly-identified Class Members that they could submit an exclusion or objection postmarked by June 12, 2024.

13. Rust performed 44 address traces on Class Notices returned as undeliverable for the first time as of May 17, 2024. The address trace utilizes the Class Member's name, previous address and Social Security Number for locating a current address. Of the 44 traces performed, 24 more current addresses were obtained and Class Notices were promptly re-mailed to those Class Members via First Class mail. Of the 44 traces performed, Rust did not obtain updated addresses for 20 undeliverable Class Notices. Of the 24 Class Notices mailed to a more current address identified from trace, six (6) Class Notices were returned to Rust as undeliverable a second time. As of this date, 30 Class Notices remain undeliverable. A total of four (4) Class notices were returned to Rust as undeliverable after the May 17, 2024 deadline and were not traced. A total of one (1) Supplemental Class Notice was returned to Rust as undeliverable, address tracing is in progress.

14. As of this date, zero (0) Class Notices were returned by the Post Office with forwarding addresses attached.

DECLARATION OF JENNIFER MILLS FOR RUST CONSULTING, INC.

15. As of this date, Rust received 33 requests to re-mail the Class Notice which were promptly re-mailed via First Class mail.

16. As of this date, Rust received one (1) exclusion which was received before the Response Deadline.

17. As of this date, Rust received zero (0) objections.

18. The total cost for the administration of this Settlement, including fees incurred and future costs for completion of the administration is estimated to be $20,429.00.

19. I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this Declaration was executed this 11th day of June 2024, at Minneapolis, MN.

JENNIFER MILLS

DECLARATION OF JENNIFER MILLS FOR RUST CONSULTING, INC.