**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

**DAVID FEYDER REUVENI on behalf of himself and others similarly situated,**

**Plaintiff,**

**v.**

**UNAPOLOGETIC FOODS, LLC, ESSEX HOSPITALITY, LLC, d/b/a DHAMAKA RESTAURANT, MASALAWALAPS, LLC, d/b/a MASALAWALA RESTAURANT, THOMSON HOSPITALITY LLC d/b/a ADDA INDIAN CANTEEN, TAPESTRY MANAGEMENT, LLC d/b/a SEMMA SOUTHER INDIAN, THE MASALAWALA LLC, DEBABRATA RONI MAZUMDAR and CHINTAN PANDYA,**

**Defendants.**

-----------------------------------------------------x

**CASE NO. 22 CV 10930 (JMF)**

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, the parties in this action reached a class action settlement memorialized in a settlement agreement dated February 2, 2024;

WHEREAS, the Court granted preliminary approval of the parties' settlement on February 7, 2024 and notice of the settlement was duly mailed to all class members by the settlement claims administrator;

WHEREAS, some of the notices mailed to class member were returned to the settlement claims administrator as undeliverable;

WHEREAS, the Court granted final approval of the parties' settlement on June 26, 2024;

WHEREAS, the settlement checks will be distributed to class members in three installments, and the parties expect the first installment settlement checks to be mailed to class members in early August 2024;

WHEREAS, prior to reaching a settlement Defendants provided a list of potential FLSA opt-in plaintiffs (the "FLSA List"), including email addresses and phone numbers where available, of some class members to class counsel Joseph & Kirschenbaum LLP ("JK") for the purpose of disseminating notice of the FLSA claims in this action to potential FLSA opt-in plaintiffs; and

WHEREAS, in connection with the settlement of this action Defendants provided JK with a class list (the "Class List") that includes last known phone numbers of the majority of class members;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. JK shall attempt to contact class members whose notices were returned to the settlement claims administrator as undeliverable and/or who do not cash their settlement checks (the "Outstanding Class Members") and for whom JK has an email address and/or phone number in order to obtain their updated mailing addresses and/or confirm receipt of their settlement checks.
2. JK may use the email addresses and phone numbers provided in the FLSA List and Class List in order to contact the Outstanding Class Members. If JK determines that any such email address or phone number is no longer valid (for example, an email is returned as undeliverable or a voicemail message identifies the phone number as belonging to someone other than the Outstanding Class Member), JK will not continue to use that contact information.

3. If JK has both an email address and phone number for an Outstanding Class Member, JK shall first attempt to contact him or her by email. If he or she does not respond to JK's email within one week, JK will call him or her.

4. If JK has only an email address for an Outstanding Class Member, JK shall attempt to contact him or her by email.

5. If JK has only a phone number for an Outstanding Class Member, JK shall attempt to contact him or her by phone call.

6. By July 31, 2024, JK shall send the emails and make the phone calls described above to Outstanding Class Members whose notices were returned to the settlement claims administrator as undeliverable.

Dated: New York, New York
June 28, 2024

By: /s/ Denise A. Schulman
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, New York 10004
212-688-5640

*Class Counsel*

By: /s/ Adriana S. Kosovych
Adriana S. Kosovych
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
212-351-4500

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Honorable Jesse M. Furman, U.S.D.J.